UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                Proceeding Date: April 9, 2015

**JUDGE ANN MARIE DONIO**

Court Reporter: ECR

**TITLE OF CASE:**                          DOCKET NO. 12-7273(JBS/AMD)
**William Rozanski, III**
v.
**Kawasaki Motors Corp., U.S.A., et al**

**APPEARANCES:**
Richard Grungo, Esq. for plaintiff
Robert Assuncao, Esq. for defendant Kawasaki Motor Corp.
George Lees, Esq. for defendants East Coast Cycle and Powersports East
Edward Murphy, Esq. for defendants Mr. and Mrs. Duell

**NATURE OF PROCEEDINGS:**  Telephonic Discovery Conference/Oral Argument on Informal Application held on the record.

**DISPOSITION:**
Hearing on defendant Kawasaki Motors Corp. informal application for leave to have a newly retained expert conduct an inspection of the accident site and motorcycle [82]
Ordered application granted.
Order to be entered.

*s/Susan Bush*
**DEPUTY CLERK**

Time Commenced: 3:37 p.m. Time Adjourned: 3:59 p.m. Total time: 22 minutes